PAUL SALES, Appellant, v. MISERICORDIA HOSPITAL, Respondent, et al., Defendants.— In an action against a hospital and a physician for malpractice, plaintiff appeals from an order granting defendant hospital's motion to amend its answer so as to deny that it was " a domestic corporation " and to plead· that it was a " charitable membership corporation." Order affirmed, without costs. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

MAX STAHL et al., Respondents, v. FEDERATED MEAT CORPORATION et al., Appellants, et al., Defendants.— In a stockholders' action, order denying appellants' motion to open their default affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.